UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| Manuel Menize, Jr. and | Case No. 6:18-bk-06338-CCJ |
| Ruth Elizabeth Menize, | Chapter 7 |
|     Debtor(s). | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance on behalf of, Quicken Loans Inc., a secured creditor in connection with property located at **1949 McKinley Ave., Melbourne, FL 32935** with loan number XXX-**0436** in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

**Leslie Rushing, Esq.**
**Quintairos, Prieto, Wood & Boyer, PA**
**1475 Centrepark Blvd., Suite 130**
**West Palm Beach, FL 33401**

Dated: November 1, 2018

Respectfully submitted,

*/s /Leslie Rushing*
Leslie Rushing, Esq.
Florida Bar No. 98106
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Phone: (561) 686-1880
Fax: (561) 686-1886
Primary Email:
leslie.rushing@qpwblaw.com
Secondary Email:

QPWB# 125069

flmdbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

      I certify that I have caused to be served a copy of the foregoing Notice of Appearance and Request for Notice, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: <u>November 1, 2018</u>          <u>/s/ Leslie Rushing</u>
                                                            Leslie Rushing, Esq.
                                                            Florida Bar No. 98106

Copies Furnished To:

<u>By CM/ECF Receipt</u>:

J Christopher Crowder, Esq.
Faro & Crowder PA
1801 Sarno Road, Suite 1
Melbourne, FL 32935
Email: JCrowder@Farolaw.com

Trustee
Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708

U.S. Trustee
United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

<u>By First Class Mail</u>:

Manuel Menize, Jr. and Ruth Elizabeth Menize
1949 McKinley Ave.
Melbourne, FL 32935

QPWB# 125069