Property Search

**Brevard County Property Appraiser**
**Dana Blickley, CFA**

📄 Account: 2722914



Owners:

  Menize, Manuel; Menize, Ruth

Mail Address:

  1949 Mckinley Ave Melbourne FL 32935

Site Address:

  1949 Mc Kinley Ave Melbourne FL 32935

Parcel ID:

  27-37-20-25-L-13

Taxing District: (Lookup.aspx?table=millagecodes)

  53K0 - Melbourne

Exemptions: (Lookup.aspx?table=exemptions)

  HEX1 - Homestead First

HEX2 - Homestead Additional

SNCO - Senior - County

Property Use: (Lookup.aspx?table=usecodes)

0110 - Single Family Residence

Total Acres:

0.18

Site Code: (Lookup.aspx?table=sitecodes)

0001 - No Other Code Appl.

Plat Book/Page:

0012/0034

Subdivision Name: (Subdivisions.aspx)

Bowe Gardens Sec B

Land Description:

Bowe Gardens Sec B Lot 13 Blk L

## ⚖️ Values

| Category | 2018 | 2017 | 2016 |
|---|---|---|---|
| Market Value: | $131,670 | $113,930 | $77,140 |
| Agricultural Land Value: | $0 | $0 | $0 |
| Assessed Value Non-School: | $116,320 | $113,930 | $56,720 |
| Assessed Value School: | $116,320 | $113,930 | $56,720 |
| Homestead Exemption: | $25,000 | $25,000 | $25,000 |
| Additional Homestead: | $25,000 | $25,000 | $6,720 |
| Other Exemptions: | $50,000 | $50,000 | $500 |
| Taxable Value Non-School: | $66,320 | $63,930 | $24,500 |
| Taxable Value School: | $91,320 | $88,930 | $31,220 |

## 🏛 Sales/Transfers

| Date | Price | Type | Parcel | Deed |
|---|---|---|---|---|
| 12/19/2016 | $148,000 | WD (Lookup.aspx?table=deedTypes) | Improved | 7783/0940 (https://vaclmweb1.brevardclerk.u |
| 05/19/2016 | $73,000 | WD (Lookup.aspx?table=deedTypes) | Improved | 7631/0204 (https://vaclmweb1.brevardclerk.u |
| 02/24/2016 | -- | CT (Lookup.aspx?table=deedTypes) | Improved | 7554/2679 (https://vaclmweb1.brevardclerk.u |

| Date | Price | Type | Parcel | Deed |
|---|---|---|---|---|
| 11/30/2007 | -- | QC (Lookup.aspx?table=deedTypes) | Improved | 5833/8934 (https://vaclmweb1.brevardclerk.us/ |
| 04/01/1970 | -- | QC (Lookup.aspx?table=deedTypes) | -- | 1121/0241 (https://vaclmweb1.brevardclerk.us/ |

## Buildings

### Property Data Card #1

#### BUILDING MATERIALS

| Description | Value |
|---|---|
| Exterior Wall: | Stucco |
| Frame: | Masnryconc |
| Roof: | Asph/Asb Shngl |
| Roof Structure: | Hip/Gable |

#### BUILDING DETAILS

| Description | Value |
|---|---|
| Bldg. Use: (Lookup.aspx?table=usecodes) | 0110 - Single Family Residence |
| Year Built: | 1959 |
| Story Height: | 8 |
| Floors: | 1 |
| Residential Units: | 1 |
| Commercial Units: | 0 |

#### BUILDING SUB-AREAS

| Description | Square-Feet |
|---|---|
| Base Area 1st | 1,612 |
| Open Porch | 8 |
| Total Base Area | 1,612 |
| Total Sub Area | 1,620 |

#### BUILDING EXTRA FEATURES

| Description | Units |
|---|---|

## BUILDING EXTRA FEATURES

| Description | Units |
|---|---|
| Patio - Concrete | 290 |
| Outbuilding | 168 |